# EXHIBIT A

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Four Jays Music Company (100%) | | |
| | (Howdy Neighbor) Happy Harvest | EP47400 |
| | If You Feel Like Singing, Sing | EP47398 |
| | Mem'ry Island | EP47396 |
| Four Jays Music Company (33.33%) | | |
| | One Sweet Letter From You | E654521 |
| | | E658837 |
| | You Can't Shush Katie (The Gabbiest Gal In Town) | E634434 |
| | | E616826 |
| Four Jays Music Company (50%) | | |
| | By The River Sainte Marie | EP20364 |
| | Clementine (from New Orleans) | E665729 |
| | | E673858 |

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Four Jays Music Company (50%) | | |
| | That's Amore | EP72978 |
| | Ya Gotta Know How To Love | E644087 |
| Four Jays Music Company (66.67%) | | |
| | You Wonderful You | EP47399 |
| Julia Riva (16.67%) | | |
| | Nagasaki | E696275 |
| | There Will Never Be Another You | EP106434 |
| | This Is Always | EP7166 |
| | You'll Never Know | EP112560 |