AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  DATE FILED<br>2:20-cv-00107-BJR  1-23-2020 | U.S. District Court - Western District of Washington<br>700 Stewart Street, Suite 2310, Seattle, WA 98101 |
| PLAINTIFF<br>FOUR JAYS MUSIC COMPANY and JULIA RIVA, | DEFENDANT<br>Amazon.com, Inc., Amazon Digital Services LLC, Valleyarm Digital Limited, Lenandes Ltd, Giacomo Verani and Limitless Int. Recordings, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Exhibit 1 for List of Works | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| William M McCool | [signature] | 1/24/2020 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT 1

Exhibit 1

# List of Works

| # | Composition | Authors | Registration Number |
|---|---|---|---|
| 1 | (Howdy Neighbor) Happy Harvest | Harry Warren, Mack Gordon | EP47400 |
| 2 | By The River Sainte Marie | Harry Warren, Edgar Leslie | EP20364 |
| 3 | Clementine (from New Orleans) | Harry Warren, Henry Creamer | E665729 |
| 4 | Clementine (from New Orleans) | Harry Warren, Henry Creamer | E673858 |
| 5 | If You Feel Like Singing, Sing | Harry Warren, Mack Gordon | EP47398 |
| 6 | Mem'ry Island | Harry Warren, Mack Gordon | EP47396 |
| 7 | Nagasaki | Harry Warren, Mort Dixon | E696275 |
| 8 | One Sweet Letter From You | Harry Warren, Lew Brown, Sydney Clare | E654521 |
| 9 | One Sweet Letter From You | Harry Warren, Lew Brown, Sydney Clare | E658837 |
| 10 | That's Amore | Harry Warren, Jack Brooks | EP72978 |
| 11 | There Will Never Be Another You | Harry Warren, Mack Gordon | EP106434 |
| 12 | This Is Always | Harry Warren, Mack Gordon | EP7166 |
| 13 | Ya Gotta Know How To Love | Harry Warren, Bud Green | E644087 |
| 14 | You Can't Shush Katie (The Gabbiest Gal In Town) | Harry Warren, Harry White, Henry Creamer | E616826 |
| 15 | You Can't Shush Katie (The Gabbiest Gal In Town) | Harry Warren, Harry White, Henry Creamer | E634434 |
| 16 | You Wonderful You | Harry Warren, Jack Brooks, Saul Chaplin | |
| 17 | You Wonderful You | Harry Warren, Jack Brooks, Saul Chaplin | EP47399 |
| 18 | You'll Never Know | Harry Warren, Mack Gordon | EP112560 |