THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOUR JAYS MUSIC COMPANY and JULIA RIVA,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., AMAZON DIGITAL SERVICES LLC, VALLEYARM DIGITAL LIMITED, LENANDES LTD, GIACOMO VERANI, and LIMITLESS INT. RECORDINGS,<br><br>　　　　　　Defendants. | No. 2:20-cv-00107-BJR<br><br>NOTICE OF APPEARANCE OF HOLLY M. SIMPKINS |

NOTICE OF APPEARANCE OF HOLLY M. SIMPKINS (No. 2:20-cv-00107-BJR) – 1

147614506.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Holly M. Simpkins of Perkins Coie LLP hereby appears

3  as counsel of record for Defendants Amazon.com, Inc. and Amazon Digital Services LLC.

4  Copies of all pleadings, papers, correspondence, and electronic filing notices should be

5  directed to:

6  Holly M. Simpkins
**Perkins Coie LLP**
7  1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
8  Telephone:  206.359.8000
Facsimile:  206.359.9000
9  HSimpkins@perkinscoie.com

10

11

12  DATED:  March 27, 2020    By:  *s/ Holly M. Simpkins*
Holly M. Simpkins #33297
13  Eric J. Weiss #44807
David T. Martin #50160
14  **Perkins Coie LLP**
1201 Third Avenue, Suite 4900
15  Seattle, WA  98101-3099
Telephone:  206.359.8000
16  Facsimile:  206.359.9000
Email:  HSimpkins@perkinscoie.com
17           EWeiss@perkinscoie.com
           DMartin@perkinscoie.com
18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE OF HOLLY M. SIMPKINS (No. 2:20-cv-00107-BJR) – 2

147614506.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000