UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOUR JAYS MUSIC COMPANY, JULIA RIVA,<br><br>                  Plaintiffs,<br><br>  v.<br><br>AMAZON.COM, INC., AMAZON DIGITAL SERVICES LLC, VALLEYARM DIGITAL LIMITED, LENANDES LTD, GIACOMO VERANI, LIMITLESS INT. RECORDINGS,<br><br>                  Defendants. | CASE NO. 2:20-cv-00105-RAJ-BAT (Alen Docket)<br><br>CASE NO. 2:20-cv-00106-RAJ-BAT (Henderson Docket)<br><br>CASE NO. 2:20-cv-00107-BAT (Warren Docket)<br><br>**ORDER REGARDING CONSOLIDATION OF CASES FOR PRETRIAL PROCEEDINGS** |
| RAY HENDERSON MUSIC CO., INC.,<br><br>                  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.; AMAZON DIGITAL SERVICES LLC; VALLEYARM DIGITAL LIMITED; and LENANDES LTD,<br><br>                  Defendants. | |

CASE NO. 2:20-CV-00106-RAJ-BAT
(HENDERSON DOCKET) - 1

|   |   |
|---|---|
| FOUR JAYS MUSIC COMPANY and JULIA RIVA, <br>                          Plaintiffs, <br> v. <br> AMAZON.COM, INC.; AMAZON DIGITAL SERVICES LLC; VALLEYARM DIGITAL LIMITED; and LENANDES LTD, <br>                          Defendants. |   |

Plaintiffs commenced the captioned lawsuits against the same Defendants for copyright infringement arising from the same music chain. In each case, Plaintiffs filed unopposed motions, pursuant to Fed. R. Civ. P. 42(a) and LCR 3(g), for an order deeming the cases related and consolidating them for all pre-trial proceedings. The Arlen Docket, was reassigned to District Judge Richard A. Jones on April 24, 2020. Dkt. 30. The Henderson Docket was reassigned to District Judge Richard A. Jones on May 21, 2020. Dkt. 34. On May 22, 2020, both cases were referred to the undersigned Magistrate Judge as related to the Warren Docket, which is assigned to the undersigned Magistrate Judge by consent of the parties for all proceedings.

Accordingly, it is **ORDERED**:

1) The parties in the Arlen Docket and Henderson Docket shall notify the Court **no later than June 2, 2020**, by emailing Andy Quach at andy_quach@wawd.uscourts.gov, if they consent to the assignment of these cases to Magistrate Judge Brian A. Tsuchida for all purposes, including trial, final entry of judgment, and direct review by the Ninth Circuit Court of Appeals. *See* Amended General Order 02-19, 28 U.S.C. 636(c).

2) The parties' motions to consolidate are **stricken as moot** – *see* Dkt. 38 (Arlen Docket) (motion for reconsideration); Dkt. 33 (Henderson Docket); and Dkt. 35 (Warren Docket).

ORDER REGARDING CONSOLIDATION OF
CASES FOR PRETRIAL PROCEEDINGS - 2

     3)     The parties in the Arlen Docket and Henderson Docket are subject to deadlines for a Rule 26(f) conference, initial disclosures, and the filing of a joint status report. *See* Dkt. 32 (Arlen Docket); Dkt. 26 (Henderson Docket). The parties in the Warren Docket have submitted their Joint Status Report and a pretrial schedule and jury trial date are set. *See* Dkt. 22; 31 (Warren Docket). The trial date and pretrial schedule in the Warren Docket shall remain in place at this time. The parties are directed to confer and, using the schedule already proposed in the Warren Docket as a guide, shall advise the Court **no later than June 16, 2020**, as to a reasonable pretrial schedule to facilitate the joint management of all pretrial proceedings in all three dockets.

     4)     Finally, Defendants Amazon Digital Services LLC and Amazon.com ("Amazon") have filed motions to dismiss one of Plaintiffs' claims, *i.e.*, that Amazon made available for sale unauthorized copies of recordings in violation of exclusive distribution rights under 17 U.S.C. § 106(3). *See* Dkt. 22 (Arlen Docket); Dkt. 23 (Henderson Docket), Dkt. 26 (Warren Docket). The parties shall advise the Court **by no later than June 1, 2020** if the motions should be re-noted.

DATED this 26th day of May, 2020.

                                                         BRIAN A. TSUCHIDA
                                                         Chief United States Magistrate Judge