UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SA MUSIC, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC. et al.<br><br>    Defendants. | No. 2:20-cv-00105-BAT<br>(Arlen Docket)<br><br>No. 2:20-cv-00106-BAT<br>(Henderson Docket)<br><br>No. 2:20-cv-00107-BAT<br>(Warren Docket) |
| RAY HENDERSON MUSIC CO., INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., et al.<br><br>    Defendants. | **ORDER OF DISMISSAL** |
| FOUR JAYS MUSIC COMPANY, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., et al.<br><br>    Defendants. | |

ORDER OF DISMISSAL
(Nos. 2:20-cv-00105, 00106, 00107-BAT) – 1

1
2   Pursuant to the Stipulation of Plaintiffs SA Music, LLC; William Kolbert, as Trustee of
3 the Harold Arlen Trust; Ray Henderson Music Company; Four Jays Music Company; and Julia
4 Riva (collectively, "Plaintiffs") and Defendants Amazon.com, Inc.; Amazon.com Services LLC;
5 and Valleyarm Digital Limited (collectively, "Defendants") (Arlen Action, Dkt. 80; Henderson
6 Action, Dkt. 76; Warren Action, Dkt. 76), these actions (2:20-cv-00105-BAT; 2:20-cv-00106-
7 BAT; 2:20-cv-00107-BAT) are **dismissed with prejudice** as to all claims, causes of action, and
8 parties, with each party bearing that party's own attorney's fees and costs.
9   DATED this 14th day of June, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge